OSCAR KEEN, trustee, complainant,

*v.*

A. GIFFORD PLUME et al., defendants.

[Argued November 26th, 1913. Decided March 16th, 1914.]

On four appeals from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 526.*

*Messrs. McCarter & English,* for A. Gifford Plume, appellant and respondent.

*Messrs. Guild & Martin,* for John I. Plume, appellant.

*Messrs. Young & Bigelow,* for Edward C. Plume and others, appellants.

*Messrs. Pitney, Hardin & Skinner,* for the complainant-respondent.

*Mr. Chauncey G. Parker,* for Susan W. Heiser, respondent.

*Mr. Jay Ten Eyck,* administrator *ad pros., pro' se* respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Howell. In this opinion the learned vice-chancellor rests his decree in part, or rather in the alternative, upon the proposition that where the real estate of a testator has been in fact turned into personalty under a power of sale contained in the will, the result, as far as the distribution of the estate is concerned, may be the same as if the will contained a direction to' convert. We do not find it necessary to consider this point,

being satisfied that in the present case the will directs a conversion, and in this connection we have nothing to add to what was said upon this point by Chancellor Zabriskie in *Wurts* v. *Page, 19 N. J. Eq. (4 C. E. Gr.) 365, 375.*

No. 26—

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—10.

*For reversal*—None.

No. 30—

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—10.

*For reversal*—None.

No. 33—

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—10.

*For reversal*—None.

No. 70—

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—11.

*For reversal*—None.